**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIDA P. GLUCOFT, et al. | CASE NO: 2:19−cv−06624−FMO−AFM |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, et al. | |
| Defendant(s). | |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 21, 2021        /s/ *Fernando M. Olguin*
                                              Fernando M. Olguin
                                              United States District Judge